# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

130816

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TZVIH TINMAN, a minor, by his next friend(s)
ILENE TINMAN and/or MICHAEL TINMAN,
on behalf of himself and all others similarly
situated,
      Plaintiff-Appellant,

v

                         SC: 130816
                         COA: 268448
                         Wayne CC: 99-932051-CK

BLUE CROSS AND BLUE SHIELD OF
MICHIGAN,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

t1023